# EXHIBIT A

# Civil Court of the City of New York
## County of New York

Index Number: **CV-025002-19/NY**



| | |
|---|---|
| DAVE SHOSTACK<br>　　　　　　　　　　　　Plaintiff(s)<br>　-against-<br>BANK OF AMERICA CORPORATION<br>　　　　　　　　　　　　Defendant(s) | **SUMMONS WITH ENDORSED COMPLAINT**<br>BASIS OF VENUE:<br>Where Cause of Action Arose<br><br>Plaintiff's Address (s):<br>DAVE SHOSTACK<br>4 SUTTONWOOD DR<br>Commack, NY 11725 |

To the named defendant (s)
  BANK OF AMERICA CORPORATION, at ONE BRYANT PARK, New York, NY 10036

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of New York at the office of the Clerk of the said Court at **111 Centre Street** in the **County of New York, City and State of New York**, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $25,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: September 24, 2019                                       Alia Razzaq, Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:   **Other for $25,000.00 with interest from 08/23/2019**
VIOLATIONS OF TCPA ACT FROM 08/23/19
PLACE OF OCCRRENCE: COMMACK, NY

### *NOTE TO THE DEFENDANT

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or
B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.
C) Following CPLR 321(a) corporations must be represented by an attorney.

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*(See 22NYCRR, Section 130-1.1a)*

SIGN NAME:  *Dave Shostack*
PRINT NAME:  DAVE SHOSTACK

For Information, answer forms and to track court dates, go to ***WWW.NYCOURTS.GOV/NYCCIVIL***